UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

                             No. 6:22-CV-070-H

CORECIVIC, INC.,

      Defendant.

## ORDER

Before the Court is the defendant's motion to stay the deadlines to confer and file a joint report regarding scheduling matters. Dkt. No. 13. The Court previously ordered the parties to confer by no later than March 10, 2023, and to file their joint report—to include a proposed trial date and schedule for pretrial deadlines—by no later than March 24, 2023. Dkt. No. 12 at 1–2. The Court warned the parties that pursuant to Federal Rule of Civil Procedure 16(b)(2), "any requests for an extension of time to file the Joint Report shall be denied, absent a showing of good cause." Dkt. No. 12 at 4–5.

The defendant seeks to stay these deadlines until the Court resolves the pending motion to dismiss. Dkt. No. 13 at 2. The defendant notes that the plaintiff opposes a stay but argues that a stay "will save the parties from devoting unnecessary time and expense" to this case if it is ultimately dismissed. *Id.* at 1–2. The Court finds that the defendant has failed to demonstrate good cause that would justify treating this case differently than the other cases before the Court. The defendant has not shown how proceeding with a scheduling conference prior to resolution of its motion to dismiss would be unduly burdensome, oppressive, or expensive. Without good cause, the Court will not delay these

– 2 –

proceedings or disturb the plaintiff's expectation in continuing to litigate this case.  The defendant's motion to stay (Dkt. No. 13) is therefore denied.

So ordered on March __7__, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE