UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                                          No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER TO SHOW GROUNDS FOR ADMISSION

The Court notes that Kristina R. Rood and Daniel P. Struck, whose names appear on the docket in this case, are not members of the Bar of the Northern District of Texas. Should counsel seek to continue to represent the defendant in this case, within 14 days of the date of this order, they shall either (1) provide satisfactory documentation of Bar membership to the Court and Clerk of Court or (2) apply for membership in the Bar of this Court or for admission pro hac vice for this case.

So ordered on March 20, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE