UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                                       No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER

The Court, having reviewed the docket in this case, notes that Michael Olague is not in compliance with the local-counsel requirement set out by this Court's Local Civil Rules. Local Civil Rule 83.10 requires parties in civil cases to obtain local counsel where an attorney appearing in the case does not reside or maintain a principal office in the district. Local counsel is defined as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." Loc. Civ. R. 83.10 (a). Attorneys who seek to proceed without local counsel must first obtain leave from the presiding judge. *Id.*

Olague is therefore ordered to obtain local counsel or file a motion to proceed without local counsel detailing current counsel's availability for hearings and ability to comply with the local rules of this Court by April 5, 2023.

So ordered on March __20__, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE