UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                                        No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER

Before the Court is the defendant's motion to extend the time to respond to the plaintiff's amended complaint. Dkt. No. 19. The defendant seeks a one-week extension to properly review and analyze the plaintiff's recent filings, noting "conflicting deadlines in other matters" that have taken priority. *Id.* at 1, 3. Although the defendant requested the plaintiff's consent to this extension as a "professional courtesy," the plaintiff opposes "any delay or extension of time to answer [his] petition." Dkt. No. 19-1 at 3–4.

Finding good cause for an extension, the motion is granted. *See* Fed. R. Civ. P. 6(b)(1)(A). The defendant shall have until March 27, 2023, to respond to the defendant's amended complaint. Any response filed by March 27, 2023, shall be deemed timely.

So ordered on March 21, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE