UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

                                    No. 6:22-CV-070-H

CORECIVIC, INC.,

      Defendant.

## ORDER

Before the Court is the plaintiff's motion to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 22. For the reasons stated in the motion, the motion is granted.

So ordered on March 24, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE