UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

CORECIVIC, INC.,

      Defendant.

No. 6:22-CV-070-H

## ORDER

Before the Court is CoreCivic's motion to dismiss the plaintiff's original complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 10. After CoreCivic filed this motion, the plaintiff amended his complaint (Dkt. No. 14), and CoreCivic filed a new Motion to Dismiss Plaintiff's First Amended Original Complaint (Dkt. No. 27). Because the new motion to dismiss addresses the operative complaint, CoreCivic's initial motion—which addresses the obsolete complaint—is denied as moot.

So ordered on May 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE