UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                                No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER

Before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines. Dkt. No. 55. For the reasons stated in the motion, the Court grants the motion, as set forth below. *See* Fed. R. Civ. P. 16(b)(4). The remaining pretrial deadlines and trial date set forth in the Court's original scheduling order (Dkt. No. 29) remain unchanged.

| Item | Current Deadline | New Deadline |
|---|---|---|
| Completion of Discovery (¶ 6) | December 15, 2023 | March 15, 2024 |
| Motions to Compel Discovery or for a Protective Order (¶ 6) | The later of November 28, 2023, or 15 days after the discovery response at issue was served or due to be served | The later of February 27, 2024, or 15 days after the discovery response at issue was served or due to be served |
| Other Discovery-Related Motions (¶ 6) | December 20, 2023 | March 20, 2024 |
| Expert Objections (¶ 5(d)) | January 12, 2024 | April 12, 2024 |
| Dispositive Motions (¶ 4) | January 12, 2024 | April 12, 2024 |

So ordered on November 29, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE