UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.                                                                              No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER GRANTING EXTENSION OF TIME TO REPLY

Before the Court is the defendant's unopposed motion to extend the deadline to file its reply in support of its motion for leave to designate responsible third parties. Dkt. No. 57. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the defendant shall file its reply to the plaintiff's response to the motion (Dkt. No. 54) by December 7, 2023. Any reply filed by December 7, 2023, shall be deemed timely.

So ordered on November 2̲9̲, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE