UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                                                  No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER

Before the Court is the plaintiff's unopposed motion to vacate the trial setting and for an amended scheduling order. Dkt. No. 72. The Court grants the motion in part and denies it in part. Per the Court's original scheduling order in this case, "[t]he trial date will not be postponed or continued except on written motion establishing exceptional circumstances." Dkt. No. 29 at 2. Because the plaintiff's motion does not set forth exceptional circumstances, the Court denies the request to vacate the trial setting.

However, for the reasons stated in the motion, the Court finds good cause to modify the deadlines for discovery, expert objections, and dispositive motions, as set forth below. *See* Fed. R. Civ. P. 16(b)(4). The remaining pretrial deadlines and trial date set forth in the Court's original scheduling order (Dkt. No. 29) remain unchanged.

| Item | Current Deadline | New Deadline |
|---|---|---|
| Completion of Discovery | March 15, 2024 | April 15, 2024 |
| Motions to Compel Discovery or for a Protective Order | The later of February 27, 2024, or 15 days after the discovery response at issue was served or due to be served | The later of March 29, 2024, or 15 days after the discovery response at issue was served or due to be served |
| Other Discovery-Related Motions | March 20, 2024 | April 18, 2024 |

| Expert Objections | April 12, 2024 | May 13, 2024 |
| Dispositive Motions | April 12, 2024 | May 13, 2024 |

Finally, the Court informs the parties that it will issue its order resolving the pending motion to dismiss (Dkt. No. 27) and motion for leave to file a second amended complaint (Dkt. No. 38) in the near future.

So ordered on March 11, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE