UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

      No. 6:22-CV-070-H

CORECIVIC, INC.,

      Defendant.

## ORDER

Before the Court is the defendant's Unopposed Motion to Extend Scheduling Order Deadlines and Vacate Trial. Dkt. No. 86. For the reasons stated in the motion, the Court finds good cause for the extension and that the defendant has set forth exceptional circumstances for a continuance of the trial date. *See* Fed. R. Civ. P. 16(b)(4); Dkt. No. 29 at 2. Thus, the Court grants the motion. The deadlines in the Court's original scheduling order (Dkt. No. 29) and previous order modifying deadlines (Dkt. No. 73) are amended as set forth below. All other deadlines not set forth below remain in effect.

| Item | Current Deadline | New Deadline |
|---|---|---|
| Completion of Discovery | April 15, 2024 | May 15, 2024 |
| Other Discovery-Related Motions | April 18, 2024 | May 20, 2024 |
| Expert Objections | May 13, 2024 | June 13, 2024 |
| Dispositive Motions | May 13, 2024 | June 13, 2024 |
| Pretrial Disclosures and Objections; Pretrial Order; Witness Lists; and Exhibit Lists and Deposition-Testimony Designations | August 19, 2024 | September 23, 2024 |
| Exchange of Exhibits; Jury Charge; Voir Dire Questions; and Motions in Limine | August 26, 2024 | September 30, 2024 |

| Responses to Motions in Limine and Trial Briefs | September 3, 2024 | October 7, 2024 |
|---|---|---|
| Mediation | July 8, 2024 | August 15, 2024 |
| Pretrial Conference | To be set if necessary | To be set if necessary |
| Trial Date | Three-week civil trial docket beginning September 9, 2024 | Three-week civil trial docket beginning October 15, 2024 |

So ordered on April _9_, 2024.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

-2-