UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

                               No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

### ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

On March 20, 2024, the Court granted in part and denied in part the defendant's motion to dismiss the plaintiff's first amended complaint. Dkt. No. 76. The defendant's responsive pleading was then due on April 3, 2024. *See* Fed. R. Civ. P. 12(a)(4)(A). No responsive pleading was filed by that date. The defendant instead filed an untimely answer on April 17, 2024. Dkt. No. 92. However, in the interests of justice and because the defendant has been actively litigating this case, the Court sua sponte extends the deadline to respond to the complaint to April 17, 2024. *See* Fed. R. Civ. P. 12(a)(4). The defendant's answer filed on that date (Dkt. No. 92) shall be deemed timely. The defendant is admonished that failure to comply with future deadlines may result in sanctions and that future untimely filings may be properly excluded, barring exceptional circumstances.

In light of this extension, the plaintiff's request for clerk's entry of default (Dkt. No. 91) is denied.

So ordered on April ___, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE