UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

CORECIVIC, INC.,

     Defendant.

No. 6:22-CV-070-H

### ORDER

Before the Court is the plaintiff's unopposed motion to modify the scheduling order. Dkt. No. 97. The Court notes that it has previously granted three extensions of the deadlines in this case, including a continuance of the trial date, for a total of five months' extra time. *See* Dkt. Nos. 56; 73; 87. Because the motion does not set forth good cause for the extension of the dispositive-motions deadline or the expert-objections deadline, the motion is denied. *See* Fed. R. Civ. P. 16(b)(4). All deadlines set forth in previous Orders remain in effect. However, the parties may agree amongst themselves to extend the discovery deadline, "provided (a) the extension does not affect the trial setting, dispositive-motions deadline, or pretrial-submissions dates; and (b) the parties give written notice of the extension to the Court." Dkt. No. 29 at 5.

So ordered on May 1, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE