UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

CORECIVIC, INC.,

      Defendant.

No. 6:22-CV-070-H

## ORDER

Before the Court is the defendant's unopposed motion to extend its deadline to file the proposed redacted version of the Intergovernmental Services Agreement. Dkt. No. 127. For the reasons stated in the motion, the Court finds good cause for the extension and grants it. The defendant's deadline to file the proposed redacted version of the agreement is extended to July 11, 2024, and the version filed on that date (Dkt. No. 127-1) is deemed timely.

As discussed in the Court's previous Order (Dkt. No. 120), there is a presumption of public access to judicial records. *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993). However, that presumption can be rebutted by a party's showing that the records could "become a vehicle for improper purposes," *id.*, or that sealing "is essential to preserve higher values and is narrowly tailored to serve that interest," *Press-Enter. Co. v. Superior Ct. of Cal. for Riverside Cnty.*, 478 U.S. 1, 9 (1986) (quotation omitted). The Court previously concluded that the defendant's interests in protecting confidential business information and in protecting the safety of detainees and staff could outweigh the public's right of access to

the Intergovernmental Services Agreement, *see FirstBank Sw. v. Heartland Fin. USA, Inc.*, No. 2:21-CV-024-Z-BQ, 2021 WL 4047398, at *2 (N.D. Tex. Sept. 2, 2021); *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417, 419 (5th Cir. 2021), but sealing the entire document was overbroad. Dkt. No. 120 at 2–3. However, the proposed redacted agreement allows the public to access the document with limited redactions of business, proprietary, or security-sensitive information. Accordingly, in light of the proposed redacted agreement, the Court concludes that sealing the unredacted version of the agreement (Dkt. No. 112-1) is essential and narrowly tailored to protect the defendant's stated interests.

The Clerk of Court is directed to separately docket the redacted version of the Intergovernmental Services Agreement (Dkt. No. 127-1) as an exhibit to the defendant's brief in support of its motion for summary judgment (Dkt. No. 115). The presently sealed unredacted version of the agreement (Dkt. No. 112-1) shall remain sealed.

So ordered on July 17, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE