UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

    No. 6:22-CV-070-H

CORECIVIC, INC.,

     Defendant.

## ORDER REFERRING CASE FOR MEDIATION

The parties request that the Court set a settlement conference before a United States Magistrate Judge to facilitate settlement discussions. Dkt. No. 135. The Court grants the motion and therefore refers this case to United States Magistrate Judge John R. Parker to conduct mediation no later than August 30, 2024. Judge Parker will be in touch with the parties to schedule mediation. Counsel for the parties and at least one person with final settlement authority for each party shall attend the mediation. Additionally, all others necessary for the negotiation of a settlement, such as an insurance representative, shall attend the mediation. Judge Parker will determine the timing and format of any mediation.

The mediation process shall be private, confidential, and privileged from process and discovery, unless otherwise ordered by the Court. Additionally, no subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Upon completion of the mediation process, Judge Parker will inform the Court as to whether the case has settled by filing a mediation summary report with the Clerk. Referral

– 2 –

of this case for mediation is not a substitute for future proceedings, which will resume should mediation prove unsuccessful.

So ordered on August 12, 2024.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE