IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MICHAEL OLAGUE, as dependent administrator of the estate of Arturo Martinez Olague<br>        Plaintiff,<br><br>v.<br><br><br>CORECIVIC, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:22-CV-070-H |

## <u>ORDER FOR PROPOSED MEDIATION DATES</u>

This case has been referred to the undersigned to conduct a settlement conference or mediation no later than August 30, 2024. Dkt. No. 136. To facilitate scheduling, **no later than August 16, 2024**, counsel must confer and jointly email to Parker_Orders@txnd.uscourts.gov three proposed dates in August for the mediation. In consideration of the undersigned's criminal dockets, counsel should exclude Tuesday and Thursday mornings from their preferred dates, as well as the full days of August 21 and 28. The undersigned prefers for the format to be in-person in either San Angelo or Abilene, but will consider alternative formats if jointly requested.

In proposing dates for the mediation, the parties are reminded that each party and their counsel must attend and participate in the mediation. Additionally, all others necessary for the effective negotiation of a settlement must participate.

1

ORDERED on August 13, 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE