IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MICHAEL OLAGUE, as dependent administrator of the estate of Arturo Martinez Olague<br>        Plaintiff,<br><br>v.<br><br><br> CORECIVIC, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:22-CV-070-H |

## **ORDER SETTING MEDIATION**

This Order will control the mediation in this action.

**1.     Mediation schedule**

The mediation will be conducted <u>by Zoom</u> beginning at **1:30 p.m. on Thursday, August 29, 2024.** Zoom invitations will follow. It is the responsibility of counsel to ensure that their client(s) and other persons necessary for a meaningful mediation attend. The undersigned has blocked off his schedule from 1:30 p.m. forward and will remain engaged as long as jointly requested by the parties.

**2**.     **Preparation and process**

The undersigned has found that the following steps are critical to a successful mediation, so they must be followed here.

*a.  Pre-mediation demand and counteroffer*

No later than **August 21, 2024**, Plaintiff must email a demand to Defendants' counsel containing (1) an itemization of damages, including a description of all monetary and

non-monetary relief sought and a brief explanation of why the amounts and types of relief are supported by the facts and the applicable law, and (2) a list of the names and titles of all persons who will be present at the mediation for Plaintiff.

No later than **August 23, 2024**, Defendants must email Plaintiff a response to the demand containing (1) a counteroffer with a brief explanation of why the counteroffer is supported by the facts and the applicable law, (2) an itemization of counterclaim damages, including a description of all monetary and non-monetary relief sought through the counterclaim and a brief explanation of why the amounts and types of relief are supported by the facts and the applicable law, and (3) a list of the names and titles of all persons who will be present at the mediation for Defendant.

The demand and response must be emailed to Parker_Orders@txnd.uscourts.gov on the date each is emailed to the opposing party, but must not be filed with the Court. Objections to another party's list of persons to be present at the mediation must be emailed to Parker_Orders@txnd.uscourts.gov by **August 26, 2024.**

b. *Confidential position papers*

Each party is encouraged, but not required, to email the undersigned a confidential position paper detailing the facts and issues the party believes will be helpful to the undersigned, but which the party does not wish to reveal to the opposing side. This position paper may include a party's interests and concerns beyond any monetary demand, the existence and status of prior negotiations (formal or otherwise), obstacles to settlement, and anything else that might be helpful for the magistrate judge to know in advance. All position papers

2

will be destroyed following the mediation. Position papers may be emailed to Parker_Orders@txnd.uscourts.gov by **August 26, 2024**, but should not be filed.

   c. *Attendance of parties*

Each party and counsel must participate in the mediation in good faith. Entities must appear at the mediation through a representative with full settlement authority. Regardless of the organizational structure or legal nature of a party, each party must appear through a representative who is fully authorized to negotiate and provide final approval of all settlement terms, monetary and non-monetary. Counsel, including in-house, may serve as the party representative for mediation provided counsel has (1) full settlement authority, and (2) the undersigned's advance approval.

   d. *Mediation format*

The mediation will follow a standard mediation format, with a brief joint discussion followed by private caucusing with each side. But the undersigned will consider alternative formats that are agreed to by the parties. The undersigned will be fully prepared to conduct a meaningful mediation, and expects the same of the parties, party representatives, and counsel. All parties are encouraged to keep an open mind and a willingness to reassess previous positions toward exploring creative means for resolving the dispute.

   e. *Confidentiality*

Parties are encouraged and expected to be frank and open, but incivility will not be tolerated. Unless otherwise agreed, all statements and materials produced during the mediation are confidential and will not be admissible at trial. No recording of any kind may be made of any part of the mediation unless approved in advance by the undersigned. Unless

otherwise agreed or ordered by a court, the parties will not introduce as evidence in any judicial or arbitration proceeding (1) any view expressed or position taken by a party during the mediation process; (2) any admission or other statement made by a party during the mediation; (3) any proposal or view expressed by the magistrate judge; or (4) another party's willingness to consider or accept any proposal discussed at the mediation.

**3.      Issues to be discussed**

The parties must be prepared to discuss the following at the mediation:

(1)     Your objectives for the mediation or, if necessary, trial.
(2)     The issues that need to be resolved, both within and outside the lawsuit.
(3)     The strengths and weaknesses of your case.
(4)     Your understanding of the opposing side's view of the case. What is wrong with their perspective? What is right with their perspective?
(5)     The points of agreement and disagreement between the parties, both factual and legal.
(6)     The impediments to a mediated resolution.
(7)     The remedies available through mediation that will not be available through a trial.
(8)     The possibilities for a creative resolution of the dispute.
(9)     The information you do not have that you would like to have, and how that affects your assessment of the case and its settlement potential.
(10)    Any outstanding liens or other obstacles to a negotiated resolution.

**4.      Involvement of clients**

For many clients, this will be the first time they have participated in a court-ordered mediation. For this reason, counsel must provide the clients with a copy of this Order Setting Mediation and ensure the clients and client representatives understand the date, time, and format of the mediation.

**5.      Mediation documents**

If a settlement is reached, the undersigned requires the parties, prior to adjournment, to execute an agreement or term sheet memorializing the principal terms of settlement. It is strongly suggested that the parties prepare draft agreements or term sheets in advance of the mediation that can be modified in short order. The parties are also encouraged to agree on as many specific terms of the settlement agreements as possible before the mediation.

**6.      Compliance with this Order**

A failure to follow this Order, an unexcused failure to attend the mediation, or a party's failure to have present at mediation a person with full settlement authority will cause the undersigned to enter appropriate recommendations to the United States District Judge regarding the imposition of sanctions.

Any questions concerning this Order may be directed to Parker_Orders@txnd.uscourts.gov.

ORDERED this 13th day of August, 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE