UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.

CORECIVIC, INC.,

      Defendant.

No. 6:22-CV-070-H

**ORDER DENYING EXTENSION OF TIME TO
REPLY TO MOTION TO STRIKE**

Before the Court is the defendant's opposed motion to extend the deadline to reply in support of its motion to strike. Dkt. No. 139. The Court, finding that good cause for an extension of the deadline has not been established, denies the motion.

So ordered on August _23_, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE