UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

    Plaintiff,

v.

CORECIVIC, INC.,

    Defendant.

No. 6:22-CV-070-H

## NOTICE OF DEFICIENCY AND ORDER

On August 22, 2024, CoreCivic filed a motion for an extension of time to file a reply to the response to its motion to strike. Dkt. No. 139. That reply was due on August 22, 2024. *See id.* The Court, finding that good cause for an extension of the deadline had not been established, denied the motion. Dkt. No. 140. On August 23, 2024, CoreCivic filed its reply brief. Dkt. No. 141. But CoreCivic did not obtain leave from the Court to file its reply brief out of time. Therefore, the Court strikes the defendant's reply (Dkt. No. 141) as untimely. CoreCivic may seek to file its reply after seeking leave to file out of time.

So ordered on August 27, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE