UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

     Plaintiff,

v.

CORECIVIC, INC.,

     Defendant.

No. 6:22-CV-070-H

## ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 148.

The trial currently set for January 27, 2025 and all pending pre-trial deadlines are vacated.

*See* Dkt. No. 145. The parties are directed to submit either a joint stipulation of dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint

status report regarding the settlement by November 18, 2024.

So ordered on October 18, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE