UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

      Plaintiff,

v.                                                                No. 6:22-CV-070-H

CORECIVIC, INC.,

      Defendant.

## ORDER

The Court is in receipt of the parties' joint status report regarding the progress of their settlement. Dkt. No. 150. The status report informs the Court that the parties have entered into a settlement agreement but are awaiting approval of that settlement by the probate court overseeing the administration of the estate of Arturo Martinez Olague. *See id.* The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or an updated joint status report regarding the settlement by January 24, 2025.

So ordered on November 19, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE