UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL OLAGUE, as dependent
administrator of the estate of Arturo
Martinez Olague,

    Plaintiff,

v.

No. 6:22-CV-070-H

CORECIVIC, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 152. The joint stipulation is

approved. It is ordered that the plaintiff's claims against the defendant are dismissed with

prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear

their own costs and attorneys' fees.

So ordered on January 21, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE